| Date | Pleading Number | |
|---|---|---|
| 4/20/72 | 1. | PEAT, MARWICK, MITCHELL & CO. (DEF.) motion for consolidation-A-1 thru A-5; Supporting Brief; Affidavit of Serivce; complaints & miscellaneous motions attached as exhibits. Request transfer to S.D. N.Y. |
| 5/1/72 | 2 | PEATE, MARWICK, MITCHELL & CO. (DEF) supplementary motion to add two actions. (B-1 & B-2) |
| 5/2/72 | | HEARING ORDER- Setting A-1 through B-2, Hearing Denver, Colorado June 2, 1972 ; Notified counsel, involved judges. |
| 5/5/72 | 3 | SECURITIES AND EXCHANGE COMMISSION - Response and Brief w/cert of service |
| 5/5/72 | 4 | WHITE AND CASE AND MARION JAY EPLEY, III - response to motion w/cert. of service |
| 5/5/72 | 5 | JOHN G. DAVIES - response in support of motion w/cert. of service. |
| ~~5/5/72~~ | | ~~CORTES W. RANDELL~~ request for an extension of time to file response to motion. |
| 5/5/72 | | ORDER - extending CORTES W. RANDELL to and including May 8, 1972 the time in which to file and serve ~~makix~~ response to motion. |
| 5/8/72 | 6 | PLAINTIFFS CONSOLIDATED New York Cases - Statement concerning National Student Marketing Litigation w/cert of service. |
| 5/8/72 | | MONROE PLAINTIFFS request for extension of time to May 12, 1972 to file and serve response. |
| 5/8/72 | 7 | HUTTON response to motion to transfer w/cert of service. |
| 5/8/72 | | ORDER- extending plaintiffs Monroe and Traeger time to file and serve response to and including 5/12/72 |
| 5/8/72 | 8 | CORTES W. RANDELL Response to motion to transfer w/cert of service |
| 5/12/72 | 9 | MONROE AND TRAEGER, plaintiffs response to motion w/cert of service |
| 5/12/72 | 10 | SECURITIES AND EXCHANGE COMMISSION letter statement and brief w/cert of service. |
| 5/15/72 | 11 | AUGENSTEIN PLAINTIFFS brief in opposition to supplementary motion. cet. se |
| 5/15/72 | 12 | DEF. BERNARD J. KUREK - response to supplemental motion w/Cert.Ser. |
| 5/22/72 | 13 | Movants reply brief to motion to transfer w/cert. of service |
| 5/25/72 | 14 | Allison, Bach and Tate defendants Memorandum in opposition to transfer w/cert. of service |
| 5/26/72 | 15 | SEC - statement and response to reply brief of Peat, Marwick, Mitchell & Co. |
| 5/30/72 | | PEAT, MARWICK & MITCHELL & CO amended certificate of service |
| 6/8/72 | 16 | GERBER, ET AL. V. RANDELL, ET AL., S.D.N.Y. 70 Civ. 835 Plaintiffs motion for a class suit determination (filed S.D.N.Y.) |
| 6/8/72 | 17 | Plaintiff Roberts statement in opposition to consolidated proceedings |
| 7/31/72 | 18 | Ltr from SEC. transmitting copy of ltr from SEC to Judge Park, D.C., re: expedited trial. |
| 8/7/72 | 19 | Letter from Peat, Marwick, Mitchell & Co. stating position w/service indicated. |
| 8/15/72 | 20 | Ltr fr. Def. John G. Davies opposing sugg. contained in SEC ltr. |
| 8/15/72 | 21 | Ltr (BACH, ALLISON & TATE) w/encl. Response to plaintiff SEC's request for an early trial date w/cert of service. |
| 8/23/72 | 22 | Ltr Sonde (SEC) w/order from Judge Parker holding in abeyance all action in the proceeding (SEC v. National Student Marketing) |

See Next Page

| Date | Pleading Number | |
|---|---|---|
| 12/1/72 | | CONSENT OF CHIEF JUDGE JOHN J. SIRICA, DISTRICT OF COLUMBIA FOR Judge Barrington D. Parker to handle litigation pursuant to 28 U.S.C. §1407 |
| 12/1/72 | | ORDER - Consolidating A-1 through C-1 in the District of Columbia Pursuant to 28 U.S.C. Section 1407 and assigning litigation to Judge Barrington D. Parker for consolidated pretrial. THE ORDER STATES that the claims asserted against White and Case in the actions filed in the S.D.N.Y. (A-1, A-2, A-3, B-1 & C-1) will not be transferred at this time only the claims asserted against defendants other than White and Case. |
| 1/29/73 | | OPINION AND ORDER (PER CURIAM) Majority supplementing the transfer order of Dec. 1, 1972. Complete distribution made. |
| 1/29/73 | | DISSENTING OPINION(Judge Weinfeld) - Distribution made |
| 1/29/73 | | CONCURRING OPINION(JudGE Weigel) - Distribution made |
| 2/22/73 | | PETITION FOR A WRIT OF MANDAMUS (filed in DC Circuit Court of Appeals) (No. 73-1199) (SEC v. JPML) |
| 3/13/73 | | OPINION AND ORDER TRANSFERRING plaintiffs claims against White and Case in the three New York actions (70 Civ. 2006, 70 Civ. 835, and 72 Civ. 721) to the District of Columbia for assignment to Judge Parker for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Distribution made. |
| 3/15/73 | 2.1 | Letter Pleading from counsel for White and Case setting forth additional facts in this litigation regarding the three New York actions with certain claims before the appellate court |
| 3/29/73 | | ORDER - Vacating Opinion and order entered on Mar. 13, 1973. Notified all recipients and courts, and judges. |
| 4/3/73 | | SEC - addition to their petion for writ of mandamus filed in D.C. Circuit Court. |
| 5/9/73 | | OPINION AND ORDER -- transferring the claim against White and CAse to the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 distribution made. |
| 5/15/79 | | PETITION FOR A WRIT OF MANDAMUS (filed in Eighth Circuit Court of Appeals) (No. 79-1318) (Firestone v. J.P.M.L.) w/ORDER, Eighth Circuit denying. (ea) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- In re National Student Marketing Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/01/29 | 24 | MOTION FOR REMAND -- Louis Garber v. Cortes W. Randell, (S.D.N.Y. [illegible] 70 Civ 2066) D.D.C., C.A. No. CA-2405-72 (A-1); A-2 Louis Garbr v. Cortes W. Randell, et al., D.D.C., C.A. No. CA-2406-72 (S.D.N.Y., 70 Civ.835); A-3 Domenick L. Natale v. Cortes W. Randell, et al., D.D.C., C.A. No CA-2407-72 (S.D.N.Y., C.A. No. 72 Civ.721). Request for oral argument -- deft. White & Case w/Brief and cert. of svc. ~~(ds)~~ Notified involved counsel. (ds) |
| 82/02/05 | 25 | RESPONSE (to Pleading No. 24) -- Deft. Joseph Kwiatkowski -- w/cert. of svc. (emh) |
| 82/02/08 | 26 | RESPONSE (to Pleading No. 24) -- Deft. Anthony M. Natelli w/cert. of svc. (emh) |
| 82/02/10 | 27 | RESPONSE -- Defts. Lord, Bissell & Brook, Max E. Meyer & Louis F. Schauer -- w/cert. of svc. (emh) (Re: Pleading No. 24) |
| 82/02/11 | 28 | RESPONSE (to Pleading No. 24) -- Deft. Joseph Scansaroli -- w/cert. of svc. (emh) |
| 82/02/12 | 29 | RESPONSE -- Nat'l Student Marketing Corp. -- w/cert. of svc. (emh) |
| 82/02/16 | 30 | RESPONSE -- Pltf. Garber and Natale -- w/Exhibits and of svc. (emh) |
| 82/02/16 | 31 | RESPONSE -- Robert A. Katz -- w/cert. of svc. (emh) |
| 82/02/17 | 32 | RESPONSE -- Robert O. Walther & Donald A. Fergusson, et al. -- w/cert. of svc. (emh) |
| 82/02/19 | | APPEARANCES: Samuel H. Young for Louis W. Biegler; James E.S. Baker for G. Kingman Reid; Sidney Dickstein for Roger O. Walther; George P. Michaely for Donald A. Fergusson for Robert A. Fergusson; George B. Mickum for Joseph Scansaroli; Franklin M. Schultz for James F. Joy; Brian C. Elmer for Robert A. Katz; Lawrence J. Latto for Robert P. Tate, Glenn Kemp & P.A. Washburn; John W. Castles for Lord, Bissell & Brook, Max E. Meyer, Louis F. Schauer; William E. Hegarty for Peat Marwick Mitchell & Co.; Ernest Allen Cohen for Joseph Kwiatkowski; Daniel A. Rezneck for White & Case; James J. Bierbower for John G. Davies; ~~AnthonyxMxxNax~~ Philip A. Lacovara for Anthony M. Natelli; John Logan O'Donnell for Nat'l Student Marketing Corp.; Julius Levy for Garber and Natale (emh) |
| 82/02/24 | | APPEARANCE: David Skeer for Arlyne Monroe, et al. (emh) |
| ~~82/03/01~~ | | ~~APPEARANCE: WILLIAM J. BACH, ESQ. FOR WILLIAM J. BACH And~~ |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p.____

DOCKET NO. ___ -- ____________________

| Date | Ref | Pleading Description |
|---|---|---|
| 82/03/01 | | APPEARANCE -- WILLIAM J. BACH, ESQ. FOR William J. Bach and Paul E. Allison (ds) |
| 82/10/12 | | ORDER DENYING REMAND of A-1 thru A-3 -- Notified involved clerks, judges and counsel (ds) |

Opinion and Order of ~~May 5, 1973~~ Dec. 1, 1972 368 F.Supp 1311 (ITMO 12/1/72 - PC 11/29/73 & dissents)

OPINION AND ORDER OF ~~MAY 5, 1973 356 F. SUPP. 1303~~

DOCKET NO. 105 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

IN RE NATIONAL STUDENT MARKETING LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 6-2-72

Date(s) of Opinion(s) or Order(s) 12/1/72 11/29/73

Consolidation Ordered ✓ Name of Transferee Judge BARRINGTON D. PARKER

Consolidation Denied ___ Transferee District District of Columbia (90)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | ~~Mildred Lipsig, et al.~~ Louis Garber v. National Student Marketing Corp., et al. | S.D.N.Y. Edelstein | 70 Civ.2006 | 12/1/72 | CA 2405-72 * | 10/12/82 D | Peat,Marwick Motion-4/20/72 |
| A-2 | Louis Garber v. Cortes W. Randell, et al. | Edelstein S.D.N.Y. | 70 Civ.835 | 12/1/72 | CA 2406-72 * | 10/12/82 D | " 11/29/82 |
| A-3 | Domenick L. Natale v. ~~National Student Marketing Corp., et al.~~ | S.D.N.Y. | 72 Civ.721 | 12/1/72 | CA-2407-72 * | 10/12/82 D | " 11/29/82 |
| A-4 | ~~Michael Monroe, et al.~~ v. Peat, Marwick, Mitchell & Co. | Rubin S.D.Ohio | 71-309 | 12/1/72 | CA-2402-72 | 10/19/83 | " |
| A-5 | Securities & Exchange Commission v. National Student Marketing Corp., et al. | Parker D.C. | 225-72 | | | 8/26/80 | " |

* actions trans to D.C 28 U.S.C §1404 for trial see Parker Order 2/1/82

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Morton Augenstein, et al. v. National Student Marketing Corp., | S.D.N.Y. | 72 Civ. 1606 | 12/1/72 | CA-2408-72 | 8/17/83 D | Suppl. Mot-Peat 5/1/72 |
| B-2 | B. Vernon Roberts v. Peat, Marwick, Mitchell & Co. | N.D. Tex | CA-3-5782 | 12/1/72 | CA-2409-72 | 5/5/82 D | " " |
| C-1 | Joseph Kwiatkowski v. Peat, Marwick, Mitchell & Co., et al. Dismissed - Remanded to N.Y. St Court | Edelstein S.D.N.Y. | 72 Civ. 2107 | 12/1/72 | 2409-72 | Closed | Peat Reply Bref 5/22/72 |
| | Verified correct by Tr. Court - May 1975 | Transfer 7 / XYZ cases 1 / 8 / Dis. 1 / Pending 7 | | | | | |
| | Wachovia Bank & Trust Co., et al. v. National Student Marketing Corp., et al. Verified correct July 1976 | ~~S.D.N.Y.~~ D.S.C. 7 Tr. / 2 XYZ's / 9 / (1) Dis / 8 Pending | 166-73 | | | 4/20/82 D | |
| XYZ | Donald A. Ferguson v. National Student Marketing Corp. Verified correct July 1977 | D. D.C. 76-1511 / 7 Tr / 3 XYZ / 10 / (1) Dis / 9 Pdg. | (1404(a) transfer from N.D. Ill. Aug 1976) | | | 6/22/78 | |
| XYZ | James F. Joy v. NSMC | D.D.C. 77-1328 | | | | 11/30/77 | |

July 1978 - No change

July 1979 - Same

July 1980 - 1 TR / 4 XYZ / 3 dis - 8 Pdg

July 1982 - 6 dis / 5 Pdg

July 1983 - 3 dis / 2 Pdg

July 1984 - 2 Dis / ~~1 Pdg~~

Lit Closed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- IN RE NATIONAL STUDENT MARKETING LITIGATION

## Plaintiff

Mildred Lipsig, et al. (A-1)
~~Louis Gerber (A-2)~~
Domenick L. Natale (A-3)
Abraham I. Pomerantz, Esquire
Pomerantz, Levy, Haudek & Block
295 Madison Avenue
New York, New York

Michael Monroe, et al. (A-4)
Richard J. Cusick, Esquire
Calfee, Halter, Calfee, Griswold & Sommer
1800 Central National Bank Bldg.
Cleveland, Ohio 44114

Securities & Exchange Commission (A-5)
Theodore Sonde, Esquire
Securities & Exchange Commission
500 North Capital Street
Washington, D. C. 20549

Morton Augenstein, et al. (B-1)
Weiss, Rothfarb, Kaminsky & Slade
6 East 43rd Street
New York, New York 10017

B. Vernon Roberts (B-2)
Geary, Brice, Barron & Stahl
2500 LTV Tower
Dallas, Texas 75201

Louis Garber (A-2)
Mordecai Rosenfeld
233 Broadway
New York, New York 10007

## Defendant

W. C. Langley & Co.
Anthony M. Natelli
Joseph Scansorelli
Peter C. Stearns
Peat, Marwick, Michell & Co.
William E. Hegarty, Esquire
Cahill, Gordon, Sonnett, Reindel & Ohl
80 Pine Street
New York, New York 10005

Lord, Bissell & Brook
Max E. Meyer
Louis F. Schauer
Sherwin J. Markham, Esquire
Hogan & Hartson
815 Connecticut Avenue, N.W.
Washington, D. C. 20006

Loewi & Co.
Gibbs, Roper & Fifield
757 North Broadway
Milwaukee, Wisconsin 53202

Oppenheimer & Co.
Guggenheimer & Untermyer
80 Pine Street
New York, New York 10005

Cameron Brown
Ginsburg, Feldman & Bress
1700 Pennsylvania Avenue, N.W.
Washington, D. C. 20006

John G. Davies
Richard L. Bond, Esquire
Marshall, Bratter, Greene, Allison & Tucker
430 Park Avenue
New York, New York 10022

| Plaintiff | Defendant |
|---|---|
| | Cortes W. Randell<br>Cortes G. Randell<br>William R. Bernard, Esquire<br>910 17th Street, N.W.<br>Suite 1117<br>Washington, D. C. 20006 |
| | Roger O. Walther<br>Gadsby & Hannah<br>1700 Pennsylvania Ave., N.W., Ste. 1000<br>Washington, D.C. 20006 |
| | White & Case<br>Marion Jay Epley, III<br>Abe Krash, Esquire<br>Arnold & Porter<br>1229 19th Street, N.W.<br>Washington, D.C. 20036 |
| | Halsey Stuart & Co., Inc.<br>Beekman & Bogue<br>5 Hanover Square<br>New York, New York |
| | BERNARD J. KUREK<br>James R. Sharp, Esq.<br>Glassie, Pewett, Beebe & Shanks<br>1737 H Street, N.W.<br>Washington, D.C. 20006 |
| | Eastman Dillon Union Securities & Co.<br>Breed, Abbott & Morgan<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| | National Student Marketin Corporation<br>Olwine, Connelly, Chase, O'Donnell & Weyher<br>299 Park Avenue<br>New York, New York 10017 |
| | Myers-Infoplan International, Inc.<br>Arthur Frommer<br>Paul, Weiss, Goldberg, Rifkind, Wharton & Garrison<br>345 Park Avenue<br>New York, New York |
| | James F. Joy<br>Franklin M. Schultz, Esquire<br>Purcell & Nelson<br>888 17th Street, N.W.<br>Washington, D. C. 20006 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 --

| Plaintiff | Defendant |
|---|---|
| | Farley Manning Associates, Inc.<br>Rodman, Maurer & Dansker<br>630 Fifth Avenue<br>New York, New York 10020 |
| | W. E. Hutton & Co.<br>James R. Hawkins, Esquire<br>Shearman & Sterling<br>53 Wall Street<br>New York, New York 10005 |
| | Kidder, Peabody & Co., Inc.<br>Smith Barney & Co., Inc.<br>Michael M. Maney, Esquire<br>Sullivan & Cromwell<br>48 Wall Street |
| | Paul E. Allison<br>William J. Bach<br>Wilmer, Cutler & Pickering<br>900 17th Street, N.W.<br>Washington, D. C. 20006<br>Withdrew app. for 1/24/73 |
| | Donald A. Fergusson<br>Pillsbury, Madison & Sutro<br>225 Bush Street<br>San Francisco, California 94104 |
| | Hill & Knowlton, Inc.<br>White & Case<br>14 Wall Street<br>New York, New York 10005 |
| | Robert A. Katz<br>Robert A. J. Barry, Esquire<br>Katz, Barry & Nicol, Of Counsel<br>375 Park Avenue<br>New York, New York 10022 |
| | Joseph Kwiatkowski<br>Jaffe, Cohen, Berman & Crystal<br>275 Seventh Avenue<br>New York, New York 10001 |

| Plaintiff | Defendant |
| --- | --- |
| | Paul E. Allison<br>William J. Bach<br>Wilmer, Cutler & Pickering<br>900 17th St. N.W.<br>Washington, D. C. 20006<br><br>Robert P. Tate<br>Lawrence Latteo, Esq.<br>Shea & Gardner<br>Walker Building<br>734 15th St.<br>Washington, D. C. |
| ADDITIONAL COUNSEL INVOLVED<br><br>NATALE<br>Harry A. Schwartz, Esq.<br>325 Broadway<br>New York, New York 10007<br><br>LORD, BISSELL & BROOK<br>Lord, Day & Lord<br>25 Broadway<br>New York, New York<br><br>HARRY A. LIPSIG<br>Harry H. Lipsig, Esq.<br>100 Church Street<br>New York, New York 10007<br><br>CORTES W. RANDELL<br>CORTES G. RANDELL<br>Miller & Summit<br>90 Broad St<br>New York, New York<br><br>PETER C. STERNS AND W.C. LANGLEY & CO<br>Olvany, Eisner & Donnelly<br>645 Madison Ave.<br>New York, New York<br><br>FRANK C. BICKEY<br>Sachs, Greenbaum & Tayler<br>1620 I. Street N.W.<br>Washington, D. C.<br><br>DONALD A. FERGUSON<br>Sullivan & Worcester<br>1025 Connecticut Ave.<br>Washington, D. C. | LOUIS W. BIEGLER<br>BIEGLER FOUNDATION<br>Frank J. Delany, Esquire<br>1820 Jefferson Place, N.W.<br>Washington, D. C. 20036 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- In re National Student Marketing Litigation

Motion for Remand Filed 1/29/82

LOUIS GARBER (A-1 & A-2)
DOMENICK L. NATALE (A-3)
Julius Levy, Esquire
Pomerantz, Levy Haudek & Block
295 Madison Avenue
New York, New York 10017

NATIONAL STUDENT MARKETING CORP.
John Logan O'Donnell, Esq.
Olwine, Connelly, Chase,
O'Donnell & Weyher
299 Park Avenue
New York, New York 10171

ANTHONY M. NATELLI
Philip A. Lacovara, Esq.
Hughes Hubbard & Reed
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

WHITE & CASE
Daniel A. Rezneck, Esquire
Arnold & Porter
1200 New Hampshire Avenue, N.W.
Washington, D. C. 20036

JOSEPH KWIATKOWSKI
Ernest Allen Cohen, Esq.
Marchi Jaffe Cohen Crystal Rosner
& Katz
Two Wall Street
New York, New York 10005

PEAT MARWICK MITCHELL & CO.
William E. Hegarty, Esquire
Cahill Gordan & Reindel
80 Pine Street
New York, New York 10005

DOCKET NO. ______ -- MOTION TO REMAND COUNSEL LIST -- cont'd

LORD, BISSELL & BROOK
MAX E. MEYER
LOUIS F. SCHAUER
John W. Castles 3d, Esq.
Lord, Day & Lord
25 Broadway
New York, New York 10004

ROBERT P. TATE
GLENN KEMP
P. A. WASHBURN
Lawrence J. Latto, Esquire
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

ROBERT A. KATZ
Brian C. Elmer, Esq.
Crowell & Moring
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

JAMES F. JOY
Franklin M. Schultz, Esq.
Reavis & McGrath
1776 F Street, N.W.
Washington, D.C. 20006

JOSEPH SCANSAROLI
George B. Mickum, III, Esq.
Steptoe & Johnson Chartered
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036

DONALD A. FERGUSSON
ROBERT A. FERGUSSON
George P. Michaely, Jr., Esq.
Shaw, Pittman, Potts & Trowbridge
1800 M Street, N.W.
Washington, D.C. 20036

ROGER O. WALTHER
Sidney Dickstein, Esq.
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, D.C. 20037

G. KINGMAN REID
James E. S. Baker, Esq.
c/o Sidley & Austin
One First National Plaza
Chicago, Illinois 60603

LOUIS W. BIEGLER
Samuel H. Young, PC
One IBM Plaza (3000)
Chicago, Illinois 60611

CORTES G. RANDELL (No Appearance Rec'd)
William R. Bernard, Esq.
1000 Connecticut Avenue, N.W.
Washington, D.C. 20006

CORTES W. RANDELL (No Appearance Rec'd)
Stuart A. Summit, Esquire
Burns Jackson Summit Rovins
& Washington
1025 15th Street, N.W.
Washington, D.C. 20005

GLENN D. SHAFFER
Burton H. Finkelstein, Esq.
Finkelstein, Thompson & Levenson
2828 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20007

B. VERNON ROBERTS
Geary, Stahl, Koons, Rohde & Spencer
2800 One Main Place
Dallas, Texas 75250

DOCKET NO. 105 -- MOTION TO REMAND COUNSEL LIST -- cont'd

THE DREYFUS OFFSHORE TRUST, N.V.
FIRST WISCONSIN TRUST CO.
MELLON BANK, N.A.
NATIONAL FIRE INSURANCE CO. OF HARTFORD
WASHOVIA BANK & TRUST, N.A.
Richard M. Phillips, Esq.
Kirkpatrick, Lockhart, Hill, Christopher & Phillips
1900 M Street, N.W.
Washington, D.C. 20036

ARTHUR B. FROMMER
David C. Brodhead, Esq.
Paul, Weiss, Rifkin, Wharton & Garrison
345 Park Avenue
New York, New York 10022

BERNARD KUREK
James Sharp, Esquire
Glassie, Pewett, Beebe & Shanks
1737 H Street, N.W.
Washington, D.C. 20006

MORTON P. AUGENSTEIN
FRED GLUCK
MARVIN MESSER
PAUL SINREICH
Irving Rothfarb, Esq.
Weiss, Rothfarb, Kaminsky & Slade
6 East 43rd Street
New York, New York 10017

W.E. HUTTON & CO., INC.
Reavis & McGrath
1776 F Street, N.W.
Washington, D. C. 20006

ARLYNE MONROE, ET AL.
David Skeer, Esq.
Marco Plaza - Suite 5-c
601 Elkcam Circle
Marco Island, Florida 33937

INTERSTATE NATIONAL CORP. RETIREMENT TRUST
Miles G. Seeley, Esquire
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, Illinois 60604

PAUL E. ALLISON
WILLIAM J. BACH
William J. Bach, Esq.
606 South Moore Street
Bloomington, Illinois 61701

EDWIN G. WARE, III
Burke & Burke
529 Fifth Avenue
New York, New York 10017

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- IN RE NATIONAL STUDENT MARKETING LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| National Student Marketing Corp. | A-1; A-2; A-3; A-5 B-1 |
| T. O. Allen | A-1; A-3 |
| C. Brown | A-1; A-3; A-5 |
| R. C. Bushnell | A-1; A-3 |
| Daniel R. Char[illegible]as | A-1; A-3 |
| Cliton A. Cobb | A-1; A-3 |
| John G. Davies | A-1; A-3; A-5 B-1 |
| Dr. Frank Dickey | A-1; A-3 B-1 |
| J. G. Dunn | A-1; A-3 |
| Eastman Dillon Union Securities & Co. | A-1; A-3 |

| | |
|---|---|
| Farley Manning Associates, Inc. | A-1; A-3 |
| Donald A. Fergusson | A-1; A-3; A-5 B-1 |
| Robert A. Fergusson | A-1; A-3 B-1 |
| Arthur B. Fromner | A-1; A-3 |
| Bernard Ganis | A-1; A-3 |
| A. Douglas Garnett | A-1; A-3 |
| D. R. Garriock | A-1; A-3 |
| George DeWitt Goodrich | A-1; A-3 |
| Halsey Stuart & Co., Inc. | A-1; A-3 |
| Albert C. Hann | A-1; A-3 |
| Hill & Knowlton, Inc. | A-1; A-3 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- IN RE NATIONAL STUDENT MARKETING LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| infoplan International Inc. | A-1; A-3 |
| D. Jeffers | A-1; A-3 |
| James F. Joy | A-1; A-2; A-3; A-5 B-1 |
| Kidder, Peabody & Co. Inc. | A-1; A-3 |
| B. J. Kurek | A-1; A-3; A-5 B-1 |
| Dennis M. Kelly | A-1; A-3 |
| Joseph Kwiatkowsky | A-1; A-3 |
| W. C. Langley & Co. | A-1; A-3 |
| Loewi & Co., Inc. | A-1; A-3 |
| Wilton J. Lutwack | A-1; A-3 |

| | |
|---|---|
| Alan E. Mackenzie | A-1; A-3 |
| Paul V. Marley | A-1; A-3 |
| Richard D. McGraw | A-1; A-3 |
| Ronald W. Michaels | A-1; A-3 |
| Oppenheimer & Co. | A-1; A-3 |
| Peat, Marwick, Mitchell & Co. | A-1; A-3; A-4; A-5; B-1; B-2 |
| Cortes G. Randell | A-1; A-2; A-3 B-1 |
| Cortes W. Randell | A-1; A-2; A-3; A-5 B-1 |
| George W. Schiele | A-1; A-3 |
| Glen D. Shaffer | A-1; A-3 B-1 |
| Smith, Barney & Co. | A-1; A-3 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- IN RE NATIONAL STUDENT MARKETING LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| John R. Stalick | A-1; A-3 |
| Peter C. Stearns | A-1; A-3 |
| Richard B. Thomas | A-1; A-3 |
| Roger O. Walther | A-1; A-3; A-5 B-1 |
| W. E. Hutton & Co. | A-1; A-3 B-1 |
| White & Case | A-3; A-5 |
| Lord, Bissell & Brook | A-3; A-5 |
| Anthony M. Natelli | A-5 B-1 |
| Marion Jay Epley, III | A-5 |
| Robert A. Katz | A-5 |

| | |
|---|---|
| Paul D. Allison | A-5 |
| William J. Bach | A-5 |
| Robert P. Tate | A-5 |
| Max E. Meyer | A-5 |
| Louis E. Schauer | A-5 |
| Joseph Scansorelli | A-5 B-1 |
| | |
| | |
| | |
| | |
| | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 105 -- In re National Student Marketing Litigation

Motion for Remand Filed 1/29/82

LOUIS GARBER (A-1 & A-2)
DOMENICK L. NATALE (A-3)
Julius Levy, Esquire
Pomerantz, Levy Haudek & Block
295 Madison Avenue
New York, New York  10017

NATIONAL STUDENT MARKETING CORP.
John Logan O'Donnell, Esq.
Olwine, Connelly, Chase,
  O'Donnell & Weyher
299 Park Avenue
New York, New York  10171

ANTHONY M. NATELLI
Philip A. Lacovara, Esq.
Hughes Hubbard & Reed
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

WHITE & CASE
Daniel A. Rezneck, Esquire
Arnold & Porter
1200 New Hampshire Avenue, N.W.
Washington, D. C.  20036

JOSEPH KWIATKOWSKI
Ernest Allen Cohen, Esq.
Marchi Jaffe Cohen Crystal Rosner
  & Katz
Two Wall Street
New York, New York  10005

PEAT MARWICK MITCHELL & CO.
William E. Hegarty, Esquire
Cahill Gordan & Reindel
80 Pine Street
New York, New York  10005